UNITED STATES of America,
Plaintiff–Appellee,

v.

Santos DIAZ–SANTA CRUZ,
Defendant–Appellant.

No. 10–10213.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 15, 2011.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Susan Bryson Fox, Esquire, Advocates Law Group, LLP, Tucson, AZ, for Defendant–Appellant.

Santos Diaz–Santa Cruz, Herlong, CA, pro se.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Santos Diaz–Santa Cruz appeals from his guilty-plea conviction and 33–month sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Diaz–Santa Cruz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.